**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | September 3, 2014 | Probation: | Patrick Lynch |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Susana Cahill |
| E.C.R./Reporter: | Mary George | | |

Criminal Case No:  **12-cr-00053-WYD**                Counsel:

UNITED STATES OF AMERICA,                           Guy Till

       Plaintiff,

v.

**1.  EDUARDO SALVADOR HERNANDEZ-PAYAN**,                Matthew C. Golla

       Defendant.

## SENTENCING

**4:04 p.m.**       Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - Friday, November 16, 2012, at 11:00 a.m.
> Plea of Guilty - Count Two of Indictment**

       APPEARANCES OF COUNSEL.

       Interpreter sworn (Spanish).

       Court's opening remarks.

4:07 p.m.       Statement and argument on behalf of Defendant (Mr. Golla).

4:10 p.m.       Statement on behalf of Government (Mr. Till).

4:15 p.m.       Statement on behalf of Defendant (Mr. Golla).

4:16 p.m.      Statement by Defendant on his own behalf (Mr. Hernandez-Payan).

               Court makes findings.

**ORDERED:**   Defendant's Objections to the Presentence Report [ECF Doc. No. 55], filed August 5, 2014, which the Court treats as a motion for variant sentence, is **DENIED AS MOOT.**

**ORDERED:**   Government's Motion for Downward Departure Pursuant to 5K1.1 and Title 18 U.S.C. § 3553 (e) [ECF Doc. No. 57], filed August 14, 2014, is **GRANTED.**

**ORDERED:**   Defendant be **imprisoned** for **TIME SERVED.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**   **Conditions** of **Supervised Release** are:

(X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)    Defendant shall not commit another federal, state or local crime.

(X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)    If this sentence imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet set forth in the judgment.

(X)    Defendant shall comply with standard conditions adopted by the Court.

(X)    The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3583(d), because it is likely that the defendant will be deported.

(X)    The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

(X)    If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss Counts One and Three of the Indictment as to Defendant Eduardo Salvador Hernandez-Payan [ECF Doc. No. 58], filed August 15, 2014, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**4:22 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :18**